

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-15-00758-CV

**IN THE INTEREST OF K.A.D.K. AND J.B.L.E., CHILDREN**,

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 14-10-0616-CVW
Melissa Uram-Degerolami, Judge Presiding

## O R D E R

Appellant's request for free copies is hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court